

# Marketing Report:
## 1777 Nostrand Avenue, Brooklyn, NY

**Greg Corbin**, President
**Chaya Milworn**, Managing Director



NORTHGATE
REAL ESTATE GROUP

# EXECUTIVE SUMMARY



Through numerous mediums, Northgate Real Estate Group conducted a robust campaign for the Bankruptcy Sale of 1777 Nostrand Avenue, Brooklyn, NY. We marketed to a vast number of investors, developers, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors both locally and nationally. We also worked with outside commercial and residential brokerage firms. With direct emails, social media, industry websites, co-brokers, print & online advertisements, and publications, we estimate that we've reached over **150,000 people.**

# EXECUTIVE SUMMARY

NORTHGATE
REAL ESTATE GROUP

**Northgate:**

- Created and sent multiple HTML email campaigns to **121,000** people with **39,000** core investors
- Launched social media campaigns on LinkedIn, Instagram, and Twitter
- Posted the listing to real estate websites: CoStar / Loopnet, Crexi, Brevitas, PropertyShark / Commercial Café, Xchange Loans, Aparmentbuildings.com, and RI Marketplace
- Ran print ads in the New York Times and the Brooklyn Daily Eagle
- Ran print and web ads in The Real Deal
- Ran banner and web ads in Pincus Media Co's newsletter, and on their website
- Designed a 40-page offering memorandum and emailed to investors
- Featured as New York Real Estate Journal Property of the Month (advertorial)
- Hired a company to install a sign at the property
- Posted the listing as a Featured Property on the homepage of Northgate Real Estate Group Website
- Sent emails to over **7,000** real estate and bankruptcy attorneys and trustees (mostly NY/NJ)
- Sent a dedicated email blast to Pincus Media Co's database as a content partner
- Utilized our proprietary database to call & email Brooklyn-centric, greater New York, and Tri-State investors and distressed asset focused professionals
- Emailed the outside brokerage community, both commercial and residential, from our proprietary tri-state list of **26,250** brokers and sales agents
- Submitted the deal to, and was featured in IceMiller: Opportunities in the Distressed Market Newsletter
- **<u>Conducted 37 inspections</u>**
- **<u>Received nearly 100 bid indicators of value</u>**



ADVERTISEMENTS

 | Sign On The Building







# ꞏnyrej | New York Real Estate Journal: Hot Property Alert | Email Blast





## nyrej | New York Real Estate Journal: Leaderboard Ad



| Jewish Press: Email Advertisements





 | Pincus Media: Email Advertisements

---

Tesla pays $18M for Supercharger site | Malaysian conglomerate pays $15.6M on Mad Ave

PincusCo Media <ap@pincusco.com>
To    Greg Corbin / Northgate
If there are problems with how this message is displayed, click here to view it in a web browser.



*Presented by Northgate Real Estate Group*



Was this email forwarded to you?
Click here to get this free morning email

 Market Minute | Pincus Media Website Leaderboard and Web





 Market Minute | Pincus Media: Partner Content Email Blast





Ice Miller Distressed Opportunity Bulletin



**The New York Times** | Print Ads

---

**BANKRUPTCY AUCTION OF REAL PROPERTY**
**1777 NOSTRAND AVENUE, BROOKLYN, NEW YORK**
**9 Residential Units | 5 Stories | 5,570 SF**
**Nearly completed multifamily with 421A Tax exemption**
**AUCTION DATE: SEPTEMBER 26th, 2024 2:30 P.M. (ET)**
**Bid Deadline: September 24th, 2024, 5:00 P.M. (ET)**

Northgate Real Estate Group has been exclusively retained to run the bankruptcy sale of a nearly completed 5-story multifamily building with 9 residential units, including a duplex penthouse in prime Flatbush, Brooklyn. The 5,570 SF building benefits from a 421A tax exemption. Being steps from the Flatbush Ave retail corridor, the property also boasts close proximity to local landmarks and restaurants. The property is conveniently located just blocks from the 2, 5, and Q subway lines, providing a seamless connection to other parts of Brooklyn and Manhattan.

**Opening Bid: $1,350,000**

**Interested bidders must contact Greg Corbin of Northgate Real Estate Group at**
**Greg@northgatereg.com for more information on how to participate in the auction.**


PROOF OF PUBLICATION

**Brooklyn Daily Eagle** | Print Ads

## 2ND DEPARTMENT/ PUBLIC LEGAL NOTICES

### AUCTION

CASPERT MANAGEMENT CO., INC. AS AGENTS, DCA# 0869125 FOR GEM FINANCIAL SERVICES, INC. D/B/A GEM PAWNBROKERS. ALL LOCATIONS WILL SELL ALL UNREDEEMED PLEDGES OR PAWNS FROM #0001 OF 12/31/01 TO #993,999 OF 8/11/24, TO BE HELD AT GEM PAWNBROKERS, 170# ATLANTIC AVE., BROOKLYN, NY ON 9/13/24 AT 9:50AM.

### BANKRUPTCY AUCTION OF REAL PROPERTY

PRIME FLATBUSH, BROOKLYN NEARLY COMPLETED MULTIFAMILY WITH 421A TAX EXEMPTION  9 RESIDENTIAL UNITS | 5 STORIES | 5,570 SF 1777 NOSTRAND AVENUE, BROOKLYN, NEW YORK AUCTION DATE: SEPTEMBER 26TH, 2024, 2:30 P.M. (ET) BID DEADLINE: SEPTEMBER 24TH, 2024, 3:00 P.M. (ET) NORTHGATE REAL ESTATE GROUP HAS BEEN EXCLUSIVELY RETAINED TO RUN THE BANKRUPTCY SALE OF A NEARLY COMPLETED 5-STORY MULTIFAMILY BUILDING WITH 9 RESIDENTIAL UNITS, INCLUDING A DUPLEX PENTHOUSE IN PRIME FLATBUSH, BROOKLYN. THE 5,570 SF BUILDING BENEFITS FROM A 421A TAX EXEMPTION. BEING STEPS FROM THE FLATBUSH AVE RETAIL CORRIDOR, THE PROPERTY BOASTS CLOSE PROXIMITY TO LOCAL LANDMARKS AND RESTAURANTS. THE PROPERTY IS CONVENIENTLY LOCATED JUST BLOCKS FROM THE 2, 5, AND Q SUBWAY LINES, PROVIDING A SEAMLESS CONNECTION TO OTHER PARTS OF BROOKLYN AND MANHATTAN. OPENING BID: $1,330,000 INTERESTED BIDDERS MUST CONTACT GREG CORISH OF NORTHGATE REAL ESTATE GROUP AT GREG@NORTHGATEREG. COM FOR MORE INFORMATION ON HOW TO PARTICIPATE IN THE AUCTION.

### NOTICE

A COMPANY THAT IS ENGAGED IN DEVELOPING PROPRIETARY TECHNOLOGY BY TRAINING LARGE LANGUAGE MODELS (LLMS) ON LEGAL AND REGULATORY DATA TO AUTOMATE THE REAL-TIME COMPLIANCE OF AI OUTPUTS HAS APPLIED TO LOCATE IN NYU'S START-UP NY TAX FREE AREA AT 370 JAY STREET, NY 11201, NAICS CODE 541990. CONTACT NONSTANDARD.TETTONIS AT 212-998-6866, K7.1349@NYU.EDU.

### PROBATE CITATION

FILE NO: 2020-705 SURROGATE'S COURT - KINGS COUNTY PUBLICATION CITATION THE PEOPLE OF THE STATE OF NEW YORK, BY THE GRACE OF GOD FREE AND INDEPENDENT TO,  ANY AND ALL UNKNOWN PERSONS WHOSE NAMES OR PARTS OF WHOSE NAMES, AND WHOSE PLACE OR PLACES OF RESIDENCE ARE UNKNOWN AND CANNOT, AFTER DUE DILIGENT INQUIRY, BE ASCERTAINED, DISTRIBUTEES, HEIRS AT LAW, AND NEXT OF KIN OF SAID NATALIE KAPLAN A/K/A NATALIE J. KAPLAN, AND IF ANY OF THE SAID DISTRIBUTEES, HEIRS AT LAW OR NEXT OF KIN OF DECEASED BE DEAD, THEIR LEGAL REPRESENTATIVES THEIR HUSBANDS OR WIVES, IF ANY, DISTRIBUTEES, AND SUCCESSORS IN INTEREST WHOSE NAMES AND/OR PLACES OF RESIDENCE AND POST OFFICE ADDRESSES ARE UNKNOWN A PETITION HAVING BEEN DULY FILED BY DAVID S. SHOR, WHO IS DOMICILED AT 6 STONEHENGE ROAD, GREAT NECK NY 11023, YOU ARE HEREBY CITED TO SHOW CAUSE BEFORE THE SURROGATE'S COURT,  KINGS COUNTY, LOCATED AT 2 JOHNSON STREET, BROOKLYN NEW YORK ON THE NOVEMBER 13, 2024, AT 10:00 O'CLOCK IN THE FORENOON OF THAT DAY, WHY A DECREE SHOULD NOT BE MADE IN THE ESTATE OF NATALIE KAPLAN AKA NATALIE J KAPLAN LATELY DOMICILED AT 550 GLTEMORE AVENUE, BROOKLYN NY ADMITTING TO PROBATE A WILL DATED 7/13/2018 A COPY OF WHICH IS ATTACHED, AS THE WILL OF NATALIE KAPLAN AKA NATALIE J. KAPLAN, DECEASED, RELATING TO REAL AND PERSONAL PROPERTY, AND DIRECTING THAT: LETTERS TESTAMENTARY ISSUE TO: DAVID S. SHOR DATED: ATTESTED, AND SEALED,

SEPTEMBER 4, 2024.  HON. ROSEMARIE MONTALBANO HON. R. MONTALBANO, SURROGATE LISA MATHIS, CHIEF CLERK DAVID S. SHOR, ESQ. ATTORNEY FOR PETITIONER: 516-472-7030 3000 MARCUS AVENUE, SUITE 1W6, LAKE SUCCESS NY 11042. DAVID.SHOR@LAKESUCCESSLAW.COM NOTE: THIS CITATION IS SERVED UPON YOU AS REQUIRED BY LAW. YOU ARE NOT REQUIRED TO APPEAR OR RESPOND, HOWEVER, IF YOU FAIL TO APPEAR IT WILL BE ASSUMED YOU DO NOT OBJECT TO THE RELIEF REQUESTED YOU HAVE A RIGHT TO HAVE AN ATTORNEY APPEAR FOR YOU

### SUPPLEMENTAL SUMMONS

FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF KINGS, IN THE MATTER OF THE COMMITMENT OF: AYAN KRISHNA GOHEL, A/K/A AYAN GOHEL, A/K/A AAYAN GOHEL, FILE NUMBER: 311814, DOCKET NUMBER: B 7746/24, A DEPENDENT CHILD UNDER THE AGE OF 18 YEARS, ETC. IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK TO: AISYA MAHENDRA GOHEL, A/K/A ISHITA GOHEL, NATURAL MOTHER GREETING: WHEREAS A PETITION HAVING BEEN FILED IN THIS COURT SEEKING A COMMITMENT OF THE CUSTODY AND GUARDIANSHIP OF THE ABOVE-NAMED CHILD WHO IS IN THE CARE OF LITTLE FLOWER CHILDREN AND FAMILY SERVICES OF NEW YROK, PURSUANT TO SECTION 384-B OF THE SOCIAL SERVICES LAW OF THE STATE OF NEW YORK,  YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT AT 330 JAY STREET, BROOKLYN, NEW YORK, ON THE 9TH DAY OF OCTOBER, 2024 AT 10:00AM IN THE FORENOON OF SAID DAY, IN PART "4," BEFORE THE HONORABLE ROBERT HETTLEMAN FOR AN IN-PERSON APPEARANCE, OR USING THE DIAL-IN METHOD BY CALLING (347)  378-4143 AND ENTERING CONFERENCE ID 394676563# OR BY USING THE LINK HTTPS://NOTI-FY.NYCOURTS.GOV/MEET/KXWABJ TO SHOW CAUSE WHY THIS COURT SHOULD NOT ENTER AN ORDER DEPRIVING YOU OF ALL RIGHTS OF CUSTODY AND GUARDIANSHIP OF SAID CHILD AND AWARDING CUSTODY AND GUARDIANSHIP OF SAID CHILD TO THE PETITIONING AGENCY PURSUANT TO SECTION 384-B OF THE SOCIAL SERVICES LAW OF THE STATE OF NEW YORK AND ARTICLE 6 OF THE FAMILY COURT ACT OF THE STATE OF NEW YORK. PLEASE TAKE NOTICE THAT IF CUSTODY AND GUARDIANSHIP IS AWARDED TO THE PETITIONING AGENCY, SAID CHILDREN MAY BE ADOPTED WITHOUT FURTHER NOTICE TO YOU. PLEASE TAKE FURTHER NOTICE THAT YOU HAVE A RIGHT TO BE REPRESENTED BY COUNSEL IN THIS PROCEEDING; AND, IF UNABLE TO AFFORD COUNSEL, THE COURT MAY, IN ITS DISCRETION, APPOINT COUNSEL TO REPRESENT YOU. PLEASE TAKE FURTHER NOTICE THAT YOUR FAILURE TO APPEAR SHALL CONSTITUTE A DENIAL OF YOUR INTEREST IN THE CHILD, WHICH DENIAL MAY RESULT, WITHOUT FURTHER NOTICE, IN THE TRANSFER OR COMMITMENT OF THE CHILD'S CARE, CUSTODY OR GUARDIANSHIP OR IN THE CHILD'S ADOPTION IN THIS OR ANY SUBSEQUENT PROCEEDING IN WHICH SUCH CARE, CUSTODY OR GUARDIANSHIP OR ADOPTION MAY BE AT ISSUE IN THE EVENT OF YOUR FAILURE TO APPEAR, THE COURT WILL HEAR AND DETERMINE THE PETITION AS PROVIDED BY LAW. DATED: BROOKLYN, NEW YORK AUGUST 26, 2024 BY ORDER OF THE COURT RUTH WHALEN CLERK OF THE COURT

**THE REAL DEAL**
REAL ESTATE NEWS

| Print and Online Ads





EMAIL CAMPAIGNS

NORTHGATE
REAL ESTATE GROUP

# Northgate Real Estate Group | Email Blast to CORE 39,000 Investors



Northgate Real Estate Group | Email Blast to **121,000** Real Estate People



![SendGrid]

Greg Corbin ⌄

Dashboard

Email API ⌄

Marketing ⌄

Automations
Single Sends
Contacts
Custom Fields
Signup Forms
Senders
Notifications
Unsubscribe Groups

Design Library

Stats ⌄

Activity

Validation

Suppressions ⌄

Settings ⌄

Twilio SMS NEW

Reputation          98%
VIEW ACCOUNT USAGE

## Contact Lists

Create ⌄    Add Contacts ⌄

Active Exports

ⓘ Search by identifier

| TYPE | NAME | COUNT | ACTION |
|------|------|-------|--------|
| ◉ Global | All Contacts | 121,005 | ⋮ |



REAL ESTATE WEBSITES

  | Listing





# ⚙ BREVITAS  | Listing



CREXI꤯꤯ | Listing





 | Listing



Sign Up for News    Advertise    Post Property    Favorite Properties

New York & Tri-State • Apartment Buildings

**Created date:** July 24, 2024                                    **Date last updated:** July 24, 2024



Bankruptcy sale: 1777
Nostrand avenue, Brooklyn

- **Bankruptcy Sale:** Opportunity to acquire a near-complete multifamily property at a distressed price.
- **Prime Location:** Situated in Flatbush, Brooklyn, a vibrant and diverse neighborhood with strong demand for residential units.
- **9 Residential Units:** Includes a duplex penthouse, providing a mix of unit types to attract different tenant profiles.
- **90% Complete:** Construction is nearly finished, allowing for a quicker turnaround to occupancy and income generation.
- **5,570 SF Building:** Spanning five stories on a 2,000 SF lot, maximizing the use of space.
- **421A Tax Abatement:** Significant tax savings approved, enhancing the property's financial attractiveness.
- **Zoning Flexibility:** R6 and C2-3 zoning allows for potential mixed-use development.
- **Proximity to Transit:** One block from Newkirk Ave Subway Station (2 and 5 trains), offering excellent connectivity.
- **Retail Corridor Nearby:** Close to Flatbush Ave retail corridor, providing convenience and amenities for residents.
- **Average Floor Size:** Each floor averages 1,114 SF, optimizing rental income potential.

## Property Description

Opportunity to acquire a near-complete 5-story multifamily building at 1777 Nostrand Avenue, Brooklyn, NY. This prime Flatbush property features 9 residential units, including a duplex penthouse, totaling 5,570 SF. The building is 90% complete and set on a 2,000 SF lot with R6 and C2-3 zoning. Approved 421A tax abatement offers significant savings. Located one block from Newkirk Ave Subway Station (2 and 5 trains) and near the Flatbush Ave retail corridor, this property combines strategic location and strong investment potential.









NORTHGATE
REAL ESTATE GROUP

Listing: Featured On The Home Page



NORTHGATE
REAL ESTATE GROUP | Listing



HOME   ABOUT   TEAM   FOR SALE   CLOSED TRANSACTIONS   PRESS   COMMENDATIONS   CLIENTS   Contact Us

**1777 Nostrand Avenue,
Brooklyn, NY**

For Sale

Share   Favorite   View all counties



1/6

## Overview

BANKRUPTCY SALE

1777 Nostrand Avenue,
Brooklyn, NY

## Description

6 story mid-construction multifamily building slated for 6 residential units with a 421-A tax abatement in place.

PROPERTY SNAPSHOT

- Multi-construction, multifamily building on Nostrand Avenue in prime Flatbush, Brooklyn
- 6 story residential building slated for 8 residential units featuring a duplex penthouse
- Construction is approximately 80% complete
- 421-A tax abatement approved
- 6 story building on a 2,668 sq ft lot
- R6 and C2-3 zoning
- One block to Newkirk Ave Subway Station (2 and 5 trains)
- Close proximity to Flatbush Ave retail corridor

## Auction Details

Bid Deadline: September 24, 2024 at 5:00 p.m.
Auction Date: September 26, 2024 at 2:30 p.m.
Opening Bid: $1,250,000 (Subject to Bankruptcy Court Approved)





MARKETPLACE | Listing



Listing





**NORTHGATE**
REAL ESTATE GROUP

| **WEB TRAFFIC / SEO / KEYWORD SEARCH**

Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate, UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals, Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| 363auctions.com | bankruptcyadvisor.info | borrowerdefault.com | chapter11bankruptcies.com |
| 363broker.com | bankruptcy-advisors.com | bronxbankruptcies.com | chapter11broker.com |
| 363brokers.com | bankruptcyandforeclosurelawyer.com | bronxbankruptcybroker.com | chapter11brokerage.com |
| 363realestatebroker.com | bankruptcyandforeclosuresite.com | bronxbankruptcylistings.com | chapter11brokers.com |
| 363realestatebrokers.com | bankruptcyandrestructuring.com | bronxforeclosureauctions.com | chapter11experts.com |
| 363sale.online | bankruptcy-auction.com | bronxforeclosurebroker.com | chapter11realestate.com |
| 363salebroker.com | bankruptcyauction.net | bronxforeclosurebrokers.com | chapter11realestatebroker.com |
| 363sales.info | bankruptcyauctioncompany.com | bronxforeclosurelistings.com | chapter11restructuring.com |
| article11broker.com | bankruptcyauctionnyc.com | bronxmortgageforeclosures.com | chapter11sales.com |
| article9broker.com | bankruptcyauctiononline.com | bronxrealestatebankruptcies.com | chapter11trustees.com |
| article9sales.com | bankruptcy-auctions.info | bronxrealestateforeclosures.com | chapter7auction.com |
| assetsales.info | bankruptcy-broker.com | bronxrealestatewebsite.com | chapter7bankruptcies.com |
| bankliquidated.com | bankruptcybroker.info | brooklynbankruptcies.com | chapter7broker.com |
| bankloanbuyer.com | bankruptcybrokerage.com | brooklynbankruptcybroker.com | chapter7liquidations.com |
| bankloandefault.com | bankruptcybrokernyc.com | brooklynbankruptcylistings.com | chapter7realestate.com |
| bankloanrestructuring.com | bankruptcy-brokers.com | brooklynbankruptcysales.com | chapter7realestatebroker.com |
| bankloanseller.com | bankruptcy-deals.com | brooklynforeclosureauction.com | chapter7sales.com |
| bankloansforsale.com | bankruptcydealsonline.com | brooklynforeclosureauctions.com | chapter7trustees.com |
| bankloanworkout.com | bankruptcyfiduciary.com | brooklynforeclosurebroker.com | chief-restructuringofficer.com |
| bankloanworkouts.com | bankruptcylaw.info | brooklynforeclosurelistings.com | chiefworkoutofficer.com |
| banknoteinvestors.com | bankruptcylawnewyorkcity.com | brooklynforeclosuresite.com | cmbsadvisor.com |
| banknoteliquidator.com | bankruptcy-listings.com | brooklynmortgageforeclosures.com | cmbsdefault.com |
| banknoteliquidators.com | bankruptcylistings.info | brooklynrealestatebankruptcies.com | cmbs-default.com |
| banknoteseller.com | bankruptcylistingsny.com | brooklynrealestateforeclosures.com | cmbsdefaults.com |
| banknotesellers.com | bankruptcylistingsnyc.com | bulkcondopackages.com | cmbs-financing.com |
| bankownedmultifamiles.com | bankruptcylistingsonline.com | bustedcondodeals.com | cmbsforeclosures.com |
| bankownedproperties.nyc | bankruptcymls.com | busteddeals.com | cmbsloanadvisor.com |
| bankpropertyliquidator.com | bankruptcy-mls.com | buybankownedassets.com | cmbsloanadvisors.com |
| bankpropertyliquidators.com | bankruptcyrestructurings.com | buyforeclosures.info | cmbs-loandefault.com |
| bankreobroker.com | bankservicer.com | buymultifamilyproperty.com | cmbsloandefaults.com |
| bankruptcies.info | bankworkoutbroker.com | buynonperformingloan.com | cmbsloannegotiator.com |
| bankruptciesandforeclosures.com | bankworkoutsonline.com | buyrealestateforeclosures.com | cmbsloanpool.com |



# NORTHGATE
REAL ESTATE GROUP

## WEB TRAFFIC / SEO / KEYWORD SEARCH

Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate, UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals, Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| cmbsloanrestructuring.com | crenotesandreos.com | failedcondoprojects.com | manhattanbankruptcybroker.com |
| cmbsloanservicing.com | crenotesellers.com | failedcondos.com | manhattanbankruptcylistings.com |
| cmbsloansrestructuring.com | crenotesforsale.com | foreclosureadvice.info | manhattanbankruptcysales.com |
| cmbsmortgagerestructuring.com | crerestructuring.com | foreclosureauctionnyc.com | manhattanforeclosureauctions.com |
| cmbsnegotiator.com | creshortsalesonline.com | foreclosureauctionservices.com | manhattanforeclosurebroker.com |
| cmbsnotes.com | crespecialservicer.com | foreclosure-broker.com | manhattanforeclosurelistings.com |
| cmbsnotesales.com | dealrestructurings.com | foreclosure-deals.com | manhattanrealestatebankruptcies.com |
| cmbsrestructuring.com | debt-brokers.com | foreclosurelisting.info | manhattanrealestateforeclosures.com |
| cmbs-restructuring.com | defaultedcmbs.com | foreclosurelistingsnyc.com | maturitydefault.com |
| cmbsspecialservicer.com | defaultedcommercialmortgages.com | foreclosurelistingsonline.com | missedamortgagepayment.com |
| cmbsworkouts.com | defaulteddebt.com | foreclosures.solutions | missedapayment.com |
| cmbs-workouts.com | defaulted-loan.com | foreclosuresadvisor.com | mixed-useproperties.com |
| commercialloanservicer.com | defaultedloansales.com | foreclosuresandbankruptcies.com | mortgage-defaults.com |
| commercialrealestatebankruptcies.com | defaulted-mortgages.com | foreclosure-site.com | mortgageforeclosurebroker.com |
| commercialrealestatebankruptcy.com | defaultedrealestateloans.com | foreclosures-newyork.com | mortgageforeclosurelistings.com |
| commercialrealestateforeclosures.com | delinquentloansite.com | foreclosuressite.com | mortgage-foreclosures.com |
| constructionfinancing.info | discountbanknotes.com | investmentsalesbrokers.com | mortgageforeclosures.online |
| courthousesauctions.com | discountbankproperties.com | lender-foreclosures.com | mortgageforeclosures.properties |
| courthousesteps.info | discountedpayoff.com | liquidationtrustee.com | mortgageforeclosuresite.com |
| courtstepsauction.com | distressedassetadvisorygroup.com | loanauctionbroker.com | mortgage-negotiator.com |
| courtstepsauctions.com | distressedassetbrokers.com | loanauctionbrokers.com | newyorkbanknotes.com |
| crebankruptcy.com | distressedassetinvestor.com | loan-default.info | newyorkbankproperties.com |
| crebankruptcyauction.com | distressedassetsite.com | loanmaturitydefault.com | newyorkbankruptcies.com |
| crebankworkouts.com | distressed-cre.com | loan-negotiator.com | newyork-bankruptcies.com |
| credefault.com | distressedmultifamilies.com | loanrestructuring.info | newyorkbankruptcyauctions.com |
| credefaultedloans.com | distressedproperties.online | loanrestructuringbroker.com | newyorkbankruptcybroker.com |
| credefaults.com | distressedpropertiesnyc.com | loanrestructuringexpert.com | newyorkbankruptcylistings.com |
| creforeclosure.com | distressedpropertybrokers.com | loanrestructurings.com | newyorkbankruptcysales.com |
| creforeclosuresite.com | distressedpropertyinvestors.com | loansalebroker.com | newyorkcityforeclosureauctions.com |
| creloanservicing.com | distressedrealestate.info | loan-sales.com | newyorkcityforeclosuresales.com |
| crenotes.com | distressedrealestateonline.com | loansales.info | newyorkcitypropertybrokers.com |
| crenotesales.com | easterndistrictbankruptcy.com | manhattanbankruptcies.com | newyorkdistressedassets.com |



## NORTHGATE
REAL ESTATE GROUP

# WEB TRAFFIC / SEO / KEYWORD SEARCH

Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate,
UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals,
Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| newyorkforeclosureauctioneers.com | nyc-foreclosurelistings.com | realestatebankruptcyauction.com | uccforeclosureauctions.com |
| newyorkforeclosurebroker.com | nyc-foreclosures.com | realestatebankruptcybroker.com | uccforeclosurebroker.com |
| newyorkforeclosurelistings.com | nycforeclosures.info | realestatebankruptcylawyers.com | uccforeclosureexpert.com |
| newyork-foreclosures.com | nycforeclosuresales.com | realestatechapter11.com | uccforeclosures.com |
| newyorkforeclosuresales.com | nycmortgageforeclosures.com | realestateforeclosurebroker.com | uccforeclosuresale.com |
| newyorkloansales.com | nycrealestatebankruptcies.com | realestateforeclosurelistings.com | uccrealestate.com |
| newyorkpropertyauction.com | nycrealestateforeclosures.com | realestateinsolvency.com | uccrealestateauctions.com |
| newyorkpropertyauctioneer.com | nyrealestatebankruptcies.com | realestateloanrestructuring.com | underwaterloans.info |
| newyorkrealestatebankruptcies.com | nyrealestateforeclosures.com | realestaterestructuring.com | workoutadvisors.net |
| newyorkrealestatebankruptcy.com | nysbankruptcylistings.com | realestatespecialservicers.com | workoutbrokers.com |
| newyorkrealestateforeclosures.com | nysforeclosurelistings.com | realestateworkouts.com | workout-brokers.com |
| nonperformingloansite.com | planofreorganization.com | realpropertyforeclosures.com | workout-specialist.com |
| note-brokers.com | propertybankruptcies.com | receiverauctions.com | |
| notedefault.com | queenrealestatebankruptcies.com | referee-auction.com | |
| note-default.com | queensbankruptcies.com | refereeauctions.com | |
| noterestructuring.com | queensbankruptcybroker.com | refereeforeclosureauctions.com | |
| noterestructuringbroker.com | queensbankruptcylistings.com | refereesales.com | |
| notesalebroker.com | queensbankruptcysales.com | reoproperties.info | |
| notesfrombanks.com | queensforeclosureauction.com | restructuringbroker.com | |
| nplsite.com | queensforeclosurebroker.com | restructuringprofessional.com | |
| nybankruptcyauctions.com | queensforeclosuredeals.com | stalledcondos.com | |
| nybankruptcybroker.com | queensforeclosurelistings.com | stalledconstruction.com | |
| nybankruptcylistings.com | queens-foreclosures.com | thebankruptcybrokers.com | |
| nyc-auctions.com | queensforeclosuresales.com | theforeclosurebrokers.com | |
| nycbankruptcies.com | queensforeclosureauctions.com | theloansaleadvisors.com | |
| nycbankruptcyauctions.com | queensrealestatebankruptcy.com | thenotebrokers.com | |
| nycbankruptcybroker.com | queensrealestateforeclosures.com | trustee-sale.com | |
| nycbankruptcylistings.com | queensrealestatewebsite.com | turnaroundbroker.com | |
| nycdefaultedloans.com | realestatebankruptcies.com | ucc-auction.com | |
| nycforeclosureauctions.com | realestate-bankruptcy.com | uccauctions.com | |
| nycforeclosurebroker.com | realestatebankruptcy.info | uccforeclosure.com | |
| nycforeclosurelistings.com | realestatebankruptcyandforeclosure.com | ucc-foreclosure.com | |



# TWITTER  | Posts





Linked **in** | Posts



# Offering Memorandum | 40 Page OM (Sample Pages)





# Offering Memorandum | 40 Page OM (Sample Pages)





TABLE OF CONTENTS

PROPERTY OVERVIEW    6
FINANCIALS           14
AERIAL PHOTOS        16
AREA OVERVIEW        32
CONTACT              42





**ZONING DIAGRAMS**



# Offering Memorandum | 40 Page OM (Sample Pages)





PROPERTY DETAILS

**PROPERTY SNAPSHOT**

- Nearly completed multifamily building on Nostrand Avenue in prime Flatbush, Brooklyn
- 5 storey building with 9 residential units featuring a duplex penthouse
- 421A tax exemption
- 5,570 SF building on a 2,000 SF lot
- One block to Newkirk Ave Subway Station (2 and 5 trains)
- Close proximity to Flatbush Ave retail corridor

**PROPERTY DETAILS**

Bid Deadline: Tuesday, September 24th at 5:00 p.m.
Auction Date: Thursday, September 26th at 2:30 p.m.
Opening Bid: $1,250,000
Subject to Bankruptcy Court Approval



FACING SOUTHWEST



FACING NORTHWEST



AREA OVERVIEW

**AREA PROFILE**





# Investors | Sample of Emails Sent

| First Name | Last Name | Title | Company | Office Pho | D Mobile Phor | Primary E-mai |
|---|---|---|---|---|---|---|
| Aaron | Marcus | | Lexin Capital | | (212) 750-3500 | |
| Aaron | Segal | Vice President | M Melnick & Co | (718) 292-6: | | aaron@mmelr |
| Abraham | Esses | | Optimum Properties | (212) 980-1: | (646) 450-2( | ae@optimump |
| Abraham | Rabadi | | | | (914) 403-7! | aberabadi4@g |
| Achille | Raspantini | Founder | Tech Ops | (212) 465-1: | | a.raspantini@t |
| Adam | Ecker | CEO | Davada Property Group | | (914) 512-0! | adam@davada |
| Adam | Geller | Principal | Geller Associates | (973) 971-0! | (917) 226-2( | adamgeller1@ |
| Adam | Kessner | Principal | K5 Equities | (212) 289-(: | (917) 662-0( | adamkessner@ |
| Adam | Stein | Senior Vice President | WinnCompanies | (617) 239-4: | | astein@winno |
| Aharon | Watson | Acquisitions | Audubon Partners | | (917) 498-5! | watson@audu |
| Al | Bokhour | President | Bokhour Developers | (516) 882-2: | (516) 850-0( | al@bokhourde |
| Al | Gindi | Acquisitions | ASG Equities | (212) 235-6: | (917) 921-2: | alrgindi@asge |
| Alan | Jamnik | | | (516) 308-1: | | alan@ajamk.c |
| Alan | Wasserman | Founder | Wasserman Management | (914) 637-6: | (914) 400-7: | aw@swmanag |
| Alec | Brackenridge | EVP, Investments | Equity Residential | (617) 648-2: | (617) 312-6( | abrackenridge |
| Alessandro | Bonati | Partner | Colonnade Group | (917) 283-0: | | alessandro@e |
| Alex | Goldstein | CEO | Samson Management | (718) 830-0: | | alex@samson |
| Alex | Mehmataj | | | | (646) 879-2: | cabinetsexpres |
| Alexander | Muravsky | Acquisitions Associat | Kimco Realty Corporation | (516) 869-9( | | amuravsky@ki |
| Alexander | Scharf | | Esplanade Partners | (212) 874-5( | (917) 921-2( | ali545@aol.co |
| Alexander | Spivak | CEO & Founder | Stagg Development | (347) 538-7: | | commercialacc |
| Alexander | Szikla | Acquisitions Associat | Newcastle Realty Services | (646) 472-7: | | alex@newcast |
| Allan | Kleban | Vice President of Bus | KBE Building Corporation | (860) 284-7: | (443) 812-6: | akleban@kbel |
| Allen | Handelman | VP of Development | Conifer | (585) 324-0! | (585) 943-3! | ahandelman@ |
| Allen | Stein | | Sprain Brook Manor Rehab | (914) 472-3: | (917) 337-0: | stein1120@gn |
| Alphonse | Lembo | Director of Pre-Const | Monadnock Development | (718) 875-8: | | alembo@mon |
| Amer | Ebrahim | Transactions Manage | Namdar Realty Group | (516) 773-0( | | amer@namda |
| Andrew | Carbonara | Acquisitions | Welllife Network | (718) 559-0! | | andrew.carbor |
| Andrew | Ehinger | Acquisitions Associat | Storage Deluxe | | | achinger@stor |
| Andrew | Goldberg | Vice Chairman Advisc | CBRE | (212) 984-8( | | andrew.goldbe |
| Andrew | Landesman | | ADL Properties | (917) 455-8: | (646) 723-2: | alandesman@ |
| Angelo | Tamo | | | | (917) 841-7: | newerafunding |

# Northgate Real Estate Group | List of 7,143 Real Estate & Bankruptcy Attorneys

| First | Last | Title | Company | Phone # | EMAIL | Address 1 | City | Sta | Postal |
|---|---|---|---|---|---|---|---|---|---|
| Joseph | Aaker | Shareholder | Polsinelli PC | (81... 8000 | jaaker...com | 900 ...Pla Kansas City | MO | 64112 |
| Seth Van | Aalten | Member | Cole Schotz P.C. | (64... 926 | svana...chotz.com | 132... of th New York | NY | 10019 |
| Nick | Abbattista | Associate | White & Case LLP | (78... 373 | nick.ab...hitecase.com | 200 ... ne E Miami | FL | 33131 |
| Crystal | Abbey | Associate | Godfrey & Kahn, S.C. | (92... 592 | cabbe...m | 238 ... ont Green Bay | WI | 54302 |
| Derek | Abbott | Partner | Morris Nichols Arsht & Tunnell L | 302... 57 | dabbo...chols.com | 120... arke Wilmington | DE | 19899-13 |
| Jason | Abel | Partner | Steptoe LLP | (20... 297 | jabel@...m | 133C ...icut Washington | DC | 20036 |
| Jonathan | Aberman | Partner | Locke Lord LLP | (31... 245 | jon.ab...ckelord.com | 111 ...cker Chicago | IL | 60606 |
| Elizabeth | Aboulafia | Partner | Cullen and Dykman LLP | (51... 124 | Eabou...llp.com | 100... Roos Garden City | NY | 11530 |
| Aleksandra | Abramova | Associate | Hahn & Hessen LLP | (21... 249 | aabra...hessen.com | 488 ...Ave New York | NY | 10022 |
| Chelsea | Abramowitz | Associate | Ice Miller LLP | (21... 954 | chelse...tz@icemiller c | 150... y Fl New York | NY | 10036 |
| Robert | Abrams | Executive Partner | Abrams Fensterman | (51... 300 | babram...law.com | 488 ...Ave New York | NY | 11042 |
| Robert | Abrams | Partner | Katsky Korins LLP | (21... 237 | rabram...orins.com | 605 ...nue New York | NY | 10158 |
| Kuldeepak | Acharya | Partner | Anchin, Block & Anchin LLP | (21... 456 | kuldee...@anchin.con | 137... y New York | NY | 10018 |
| John | Acierno | Shareholder | Polsinelli PC | 305... 60 | jaciern...i.com | 315 ... ne E Miami | FL | 33131 |
| Benjamin | Ackerly | Senior Counsel | Hunton Andrews Kurth LLP | (80... 479 | backer...ementus.com | 230... rsha Richmond | VA | 23223 |
| Stephanie | Ackerman | Associate | Baker & Hostetler LLP | (21... 851 | sacker...erlaw.com | 45 F... Pla New York | NY | 10111 |
| Neil | Ackerman | Of Counsel | Pryor & Mandelup, LLP | (51... 999 | na@p...up.com | 675 ...ry F Westbury | NY | 11570 |
| Lesley | Adamo | Partner | Lowenstein Sandler LLP | (64... 974 | ladam...ein.com | 125... of th New York | NY | 10020 |
| Jason Reid | Adams | Partner | Kelley Drye & Warren LLP | (21... 056 | jadam...e.com | 3 W... Cer New York | NY | 10007 |
| Blaine | Adams | Associate | McDermott Will & Emery LLP | (21... 376 | badam...m | One ...m | NY | 10017-38 |
| Jonathan | Adelsberg | Partner | Herrick Feinstein LLP | (21... 423 | jadelsl...k.com | Two ...nue New York | NY | 10016 |
| Heather | Adkerson | Partner | Mayer Brown LLP | 312... 06 | hadke...rbrown.com | 71 S... ker Chicago | IL | 60606 |
| Steven | Adler | Associate | Bayard, P.A. | (30... 274 | sadler...y.com | 600... l Stc Wilmington | DE | 19899 |
| Jonathan | Adler | Partner | Debevoise & Plimpton LLP | | | 66 H... aulev New York | NY | 10001 |
| Arielle | Adler | Associate | Lowenstein Sandler LLP | (97... 136 | aadler...n.com | One ...n E Roseland | NJ | 07068 |
| David | Adler | Partner | McCarter & English, LLP | (21... 847 | dadler...m.com | Wor...aza, New York | NY | 10019 |
| Arthur | Adler | Partner | Sullivan & Cromwell LLP | 212... 60 | adlera...com | 125 ...eet New York | NY | 10004-24 |
| Jacob | Adlerstein | Partner | Paul Weiss Rifkind Wharton & G... | (21... 142 | jadlers...eiss.com | 128... of th New York | NY | 10019-60 |
| Nicholas | Adzima | Associate | Kirkland & Ellis LLP | (21... 109 | nichola...kirkland.com | 601 ...Av New York | NY | 10022 |
| Valentin | Aguilar | Partner | Venable LLP | 310... 33 | vaguila...m | 204... enue Parl Los Angele | CA | 90067 |
| Rafael | Aguilar | Partner | Winston & Strawn LLP | 305... 25 | raguila...com | 200 ... acayi Miami | FL | 33131 |
| Alexandra | Aguirre | Partner | Morrison & Foerster LLP | (21... 323 | aagui...com | 250 ... Str New York | NY | 10019-96 |
| Farah | Ahmed | Shareholder | Greenberg Traurig LLP | 212... 03 | farah...aw.com | One ...t Av New York | NY | 10017 |
| Kathleen | Aiello | Partner | Klestadt Winters Jureller Southa | (21... 000 | kaiello...com | 200 ... Str New York | NY | 10036 |
| Jacqueline | Aiello | Associate | Stradley Ronon Stevens & Young | (21... 139 | jaiell@...om | 100 ...nue New York | NY | 10017 |
| Erica | Aisner | Partner | Kirby Aisner & Curley LLP | (91... 500 | eaisne...com | 700 ...oad, St Scarsdale | NY | 10583 |
| Marianne | Ajemian | Chair - Real Estate | Nutter McClennen & Fish LLP | (61... 391 | majem...com | 155 ...Blvd Boston | MA | 02110 |



# Investor Demand | Sample of unique inbound email requests for 1777 Nostrand

| | | |
|---|---|---|
| **avi jay** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 8/15/2024 | |

| | | |
|---|---|---|
| **Shannon Elliott** <br> Shannon Elliott requesting Infor... <br> <https://email.notifications.crexi... | → <br> 8/13/2024 | |

| | | |
|---|---|---|
| **MandyMeijuan Jiang** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 8/11/2024 | |

| | | |
|---|---|---|
| **POLINA ML** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 8/11/2024 | |

| | | |
|---|---|---|
| **James Lee** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 8/9/2024 | |

| | | |
|---|---|---|
| **jasdeep singh** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 8/4/2024 | |

| | | |
|---|---|---|
| **Nyiensi Investments** <br> 1777 Nostrand <br> Chaya, Just following up on our | ↩ <br> 7/31/2024 | |

| | | |
|---|---|---|
| **Moshe Sander** <br> 1777 Nostrand | ↩ <br> 7/30/2024 | |

| | | |
|---|---|---|
| **ARTUR RADZIVILOVSKIY** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 7/27/2024 | |

| | | |
|---|---|---|
| **Hersh Landau** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 7/26/2024 | |

| | | |
|---|---|---|
| **sung cho** <br> LoopNet Lead for 1777 Nostrand... <br> New Lead | ↩ <br> 7/25/2024 | |

---

**Armin Jadadic** <br> Re: Bankruptcy Sale: 1777 Nostra... → 8/28/2024 <br> What phase is the building

**Hershcopf, Cathy** <br> RE: Bankruptcy Sale: 1777 Nostra... → 8/28/2024 <br> Send me the info you have. Is it

**Vanessa Kadir** <br> Re: Bankruptcy Sale: 1777 Nostra... ↩ 8/28/2024 <br> How do I register to bid, how can

**Bernie Fried** <br> Re: Bankruptcy Sale: 1777 Nostra... ↩ 8/28/2024 <br> i want to bid

**Jon Spindel** <br> Re: 1777 Nostrand Avenue ↩ 8/27/2024 <br> Received, thank you.

**CommercialEdge Team** <br> New lead for 1777 Nostrand Av... → 8/25/2024 <br> Follow-up with this new request

**PHILIP KASSAI** <br> 1777 nostrand → 8/25/2024 <br> Chaya ,

**shohel rana** <br> LoopNet Lead for 1777 Nostrand... → 8/24/2024 <br> <https://nam10.safelinks.protec...

**Anton C** <br> LoopNet Lead for 1777 Nostrand... → 8/23/2024 <br> <https://nam10.safelinks.protec...

**Rami Taha** <br> Rami Taha requesting informati... ↩ 8/19/2024 <br> < https://email.notifications.crexi...

**AVI JAJATI** <br> Re: LoopNet Lead for 1777 Nostr... → 8/16/2024 <br> any Violation and Hold ? if not

---

**Tiptopinc** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... ↩ 8/29/2024 <br> Hi how can we get information

**Jeff Lamb** <br> Re: Bankruptcy Sale: 1777 Nostra... → 8/29/2024 <br> Greg, Is there an estimate to

**nathan.hourizadeh@gma...** <br> RE: Bankruptcy Sale: 1777 Nostra... → 8/28/2024 <br> Good evening Greg, Would

**khandu Patel** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... → 8/28/2024 <br> Hello Greg Hope you are well I

**marc711@aol.com** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... → 8/28/2024 <br> Dear Northgate: Can you please

**KJDS Realty** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... → 8/28/2024 <br> Where is this auction going to

**Ariel Motovich** <br> Re: Bankruptcy Sale: 1777 Nostra... ↩ 8/28/2024 <br> Hi, Can someone meet me there

**Simon Neuman** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... → 8/28/2024 <br> Available to see if tomorrow ?

**Seth Green** <br> Fwd: Bankruptcy Sale: 9 Unit Bkl... ↩ 8/28/2024 <br> Hi Chaya, I hope this email finds

**Elad Danino** <br> Re: Bankruptcy Sale: 1777 Nostra... ↩ 8/28/2024 <br> Greg, Hope you're doing well

**Marc.Grossberg@hklaw.c...** <br> Re: Bankruptcy Sale: 9 Unit Bkln ... → 8/28/2024

# Investor Demand | Sample of unique inbound email requests for 1777 Nostrand

| | |
|---|---|
| **Elvin Nisman** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> 9/4/2024 |
| **Alex Nisman** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 9/4/2024 |
| **Mike Sutton** <br> RE: Bankruptcy Sale: 9 Unit Bkln ... <br> Chaya,  Can you share | → <br> 9/3/2024 |
| **Mike Sutton** <br> RE: Bankruptcy Sale: 9 Unit Bkln ... <br> Greg,  Can you share more | → <br> 9/3/2024 |
| **DuFaux, Evan** <br> RE: Bankruptcy Sale: 1777 Nostra... <br> Hi Team – Do you have any more | ↩ <br> 9/3/2024 |
| **Aron Schwartz** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 9/2/2024 |
| **Ajayne Totten** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 9/2/2024 |
| **fuk ling pau** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 9/2/2024 |
| **CommercialEdge Team** <br> New lead  for 1777 Nostrand Av... <br> Follow-up with this new request | → <br> 9/1/2024 |
| **chaim jacobowits** <br> Re: Bankruptcy Sale: 1777 Nostra... <br> Hi where do I bid for this I WANN | ↩ <br> 9/1/2024 |
| **KARAN MOORJANI** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 8/31/2024 |

| | |
|---|---|
| **Shlomo Landau** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> Thu 9/12 |
| **Joel Jacobowitz** <br> Re: 1777 Nostrand Avenue <br> My father can't make it for today, | ↩ <br> Thu 9/12 |
| **Greg Corbin** <br> RE: Info on 1777 Norstrand Aven... <br> Chaya please send thanks | → <br> Wed 9/11 |
| **Greg Corbin** <br> Re: 1777 Nostrand Ave <br> Chaya, please send Marlon thanks | → <br> Wed 9/11 |
| **Jack  Hamadani** <br> Please send more info on the ba... <br> Jack Hamadani | Associate | → <br> Tue 9/10 |
| **CommercialEdge Team** <br> New lead for 1777 Nostrand Av... <br> Follow-up with this new request | ↩ <br> Mon 9/9 |
| **Kiarian Stephen** <br> Kiarian Stephen requesting Info... <br> <https://email.notifications.crexi... | → <br> 9/7/2024 |
| **notifications@xchange.lo...** <br> Tier 2 DD access requested for y... <br> <https://xirm1.mjt.lu/tplimg/xirm1/ | ↩ <br> 9/5/2024 |
| **notifications@xchange.lo...** <br> Tier 2 DD access requested for y... <br> <https://xirm1.mjt.lu/tplimg/xirm1/ | ↩ <br> 9/5/2024 |
| **notifications@xchange.lo...** <br> CA has been executed for your a... <br> <https://xirm1.mjt.lu/tplimg/xirm1/ | ↩ <br> 9/5/2024 |
| **Elvin Nisman** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> 9/4/2024 |

| | |
|---|---|
| **notifications@xchange.lo...** <br> Tier 2 DD access requested for y... <br> <https://xirm1.mjt.lu/tplimg/xirm1/ | → <br> 11:42 AM |
| **notifications@xchange.lo...** <br> CA has been executed for your a... <br> <https://xirm1.mjt.lu/tplimg/xirm1/ | → <br> 8:16 AM |
| **Northgate Website** <br> Entry for Contact Us <br> Name | ↩ <br> Tue 11:57 AM |
| **Saar Avnery** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> Mon 2:34 PM |
| **William Tavoulareas** <br> FW: Hello Nostrand report 8/24 <br> @Chaya Milworn | @ <br> Sun 7:00 PM |
| **Charles Wechsler** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> Sun 10:51 AM |
| **Chris Johnson** <br> ☑ Principal Chris Johnson requ... <br> <https://email.notifications.crexi... | → <br> Fri 9/13 |
| **ZIAD EKWANEEN** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | → <br> Fri 9/13 |
| **Shlomo Landau** <br> LoopNet Lead for 1777 Nostrand... <br> <https://nam10.safelinks.protec... | ↩ <br> Thu 9/12 |

# ⚓ BREVITAS | Sample Inquiries

# CREXI | Leads List

## Activity Summary

| First | Last | Level of Interest | Phone | Email | Last Action Date | Company | Industry Role | City |
|---|---|---|---|---|---|---|---|---|

 | Sample Inquiries

| Buyer Name |
| --- |
| Connor Lyman |
| Robert Eisenberg |
| Hertzl Moezinia |
| John Keough |
| Sidhartha Singh |
| Philip Justiss |
| Shanna Alvarez |
| Andy Chang Cha... |
| Dave Wonsick |
| Maylan Morfa |
| Gary Ickowicz |
| Gavin Holzer |
| Sam Kashi |
| Mitchell Ditman |
| Bojan Jankulovski |
| David Benzakarya |

CREXI ⅲ | Sample Inquiries

| | | Name | Phone | Message | Company | Role | Number Of Visits | Listing Activity ⓘ | Last Activity I |
|---|---|---|---|---|---|---|---|---|---|
| ☆ | AY | abdul yahya | | ✉ Contact Lea | | | 1 visit | Visited Page | Sep 18, 2024 |
| ☆ | DH | Doris Herrera | 917.375.5900 | ✉ Contact Lea | LLC | BROKER/AGENT PRINCIPAL | 1 visit | Visited Page | Sep 17, 2024 |
| ☆ | RD | rakhmin dekhkanov | 347.384.2789 | ✉ Contact Lea | Tziporah & Associates Inc | PRINCIPAL | 1 visit | Visited Page | Sep 17, 2024 |
| ☆ | | TRAVIS WILSON | 929.247.7780 | ✉ Contact Lea | | BROKER/AGENT | 2 visits | Visited Page | Sep 17, 2024 |
| ☆ | DF | Diane Francis | 678.428.0865 | ✉ Contact Lea | | PRINCIPAL | 1 visit | Saved Property | Sep 15, 2024 |
| ☆ | AO | Aaron Ozeirey | 917.533.5513 | ✉ Contact Lea | | BROKER/AGENT | 1 visit | Visited Page | Sep 15, 2024 |
| ☆ | JY | Jerome Yeiser | 917.873.3335 | ✉ Contact Lea | | BROKER/AGENT | 1 visit | Visited Page | Sep 14, 2024 |
| ☆ | ZE | Ziad Ekwaneen | 917.280.8317 | ✉ Contact Lea | AA BLDG & INSP SVC LLC | PRINCIPAL | 2 visits | Requested Info | Sep 13, 2024 |
| ☆ | ET | Eleni Theodosiadis | 718.521.2228 | ✉ Contact Lea | | SERVICE PROVIDER | 1 visit | Visited Page | Sep 13, 2024 |
| ☆ | | Zachary Smolev | 914.420.8811 | ✉ Contact Lea | | BROKER/AGENT | 1 visit | Visited Page | Sep 12, 2024 |
| ☆ | JP | Jean-Ronald Prophe... | 917.690.9834 | ✉ Contact Lea | | BROKER/AGENT | 3 visits | Opened OM | Sep 12, 2024 |
| ☆ | BJ | Binu Jacob | 718.637.1134 | ✉ Contact Lea | | | 8 visits | Visited Page | Sep 11, 2024 |

For Further Information Please Contact:



# NORTHGATE
### REAL ESTATE GROUP



**Greg Corbin**
President
Direct: 212.369.1800
Cell: 917.406.0406
Greg@northgatereg.com



**Chaya Milworn**
Managing Director
Direct: 212.419.8103
Cell: 917.804.7458
Chaya@northgatereg.com



**Felix Ades**
Senior Director
Direct: 212.419.8104
Cell: 732.996.1635
Felix@northgatereg.com



**Shaun Rose**
Senior Director
Direct: 212.419.8105
Cell: 917.523.7656
Shaun@northgatereg.com



**Mickey Salzman**
VP, Business Development
Direct: 212.419.8108
Cell: 212.603.9549
Mickey@northgatereg.com



**Morris Arlos**
Director, Business Development
Direct: 212.419.8121
Cell: 917.509.9563
Morris@northgatereg.com



**Jonathan Janashvili**
Director
Direct: 212.419.8107
Cell: 516.776.1997
Jonathan@northgatereg.com



**Tom Rosinski**
Marketing Director
Direct: 212.419.8106
Cell: 646.284.5397
Tom@northgatereg.com



**Tamar Spraragen**
Associate
Direct: 212.419.8109
Cell: 646.385.6429
Tamar@northgatereg.com

**Northgate Real Estate Group**
1633 Broadway, 46th Floor
New York, NY 10019
212.369.4000 | www.northgatereg.com | team@northgatereg.com